AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:20-MJ-42PAS |
| Neil Streich (YOB: 1963) | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/21/2020__ in the county of _____ in the _____ District of __Rhode Island__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Transferring obscene material to a minor |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Craig A. Graham of the Federal Bureau of Investigation (FBI).

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ Sworn telephonically and signed electronically (specify reliable electronic means).

June 17, 2020
*Date*

Barrington, R.I.
*City and State*

Patricia A. Sullivan, US MJ
*Printed name and title*

*Complainant's signature*

Special Agent Craig A. Graham
*Printed name and title*

Date: June 17, 2020

City and state: Providence, Rhode Island

*Judge's signature*

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*