**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT
AND ARREST WARRANT**

  I, Craig Graham, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

  1. I am a Special Agent with Federal Bureau of Investigation (FBI), and am assigned to the Boston Field Office, Providence, RI.  I have been an FBI agent since 2010.  As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to, violations of 18 U.S.C. §§ 1470, 2422, 2251, 2252, and 2252A.  I have received training in the investigation of internet crime, child exploitation, transportation of minors, and child sexual abuse, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).

  2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging NEIL STREICH, (D.O.B. xx/xx/1963) with attempted transfer of obscene material to a person who had not attained the age of 16 in violation of 18 U.S.C. § 1470.

  3. On June 16, 2020, I applied for a search warrant to search the premises at 41 Tamarack Circle, North Kingstown, RI and the person of NEIL STREICH and submitted an affidavit in support.  That affidavit is attached to this affidavit as Exhibit A and incorporated by reference and restated herein for purposes of this affidavit.

Exhibit A has been partially redacted to protect privacy information and the integrity of other ongoing investigations.

4.  On June 17, 2020, the search warrant was executed by myself and other members of the FBI and local law enforcement partners. The residence was occupied by NEIL STREICH ("STREICH"). There were no other occupants.

5.  During the execution of the search warrant, STREICH's Motorola smartphone and a Galaxy notebook tablet were located. I conducted a preliminary view of the tablet and observed the social media application referenced in Exhibit A was installed, utilizing the username of "rob.s063." Within the social media application, "rob.s063" was a member of numerous groups utilizing group names referencing an interest in minors including "DaddysLilFrreeeaks," and "Daddys Princesses."

6.  STREICH was interviewed by myself and FBI Task Force Officer Kerri Chatten at the residence during the execution of the search warrant. STREICH was advised of his Miranda rights. STREICH signed the advice of rights form and agreed to voluntarily speak with us. STREICH then proceeded to state, among other things the following:

- STREICH admitted to being the username "rob.s063" on the social media application described in Exhibit A.

- STREICH stated that used the name "Robert" or "rob" on various social media accounts to separate his online activities from his regular

- STREICH admitted participating in chat rooms on the social media application described in Exhibit A, to include daddy/princess chats. STREICH denied a

sexual interest in children.  STREICH claimed that he participates in the daddy/princess chats because that is what the girls in the chats want.

- STREICH admitted communicating with the individual who claimed to be 10 years old described in Exhibit A.

- STREICH admitted the individual identified themselves as 10 years old, but claimed he did not really believe that was the correct age. STREICH stated it was a mistake for him to communicate with the person who identified themselves as 10 years, but claimed part of him did not really believe she was that age.

- STREICH initially claimed he could not remember whether he sent videos and images of his erect penis and himself masturbating to the individual who identified themselves as 10 years old, but then admitted sending images of himself masturbating to the person who identified themselves as 10 years old, and admitted that he was the person in the images.

7. Based on the above, I believe there is probable cause to arrest NEIL STREICH for attempted transfer of obscene material to a minor under the age of 16 in violation of 18 U.S.C. 1470.

Craig A. Graham
Special Agent

_____
Craig Graham
Special Agent
Federal Bureau of Investigation

Sworn telephonically and subscribed electronically before me this June 17, 2020

_____  June 17, 2020
HON. PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Sworn telephonically and signed electroncially_____.
*(specify reliable electronic means)*

| June 17, 2020 | _____ |
|---|---|
| *Date* | *Judge's signature* |
| ____Barrington, RI_____ | Hon. Patricia A. Sullivan, U.S. Magistrate Judge___ |
| *City and State* | *Printed name and title* |