UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NEIL STREICH,<br><br>Defendant. | Criminal Case No.   1:20CR66WES-PAS<br><br>In violation of:<br>18 U.S.C. § 1470 (Attempted transfer of obscene material to a minor) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

### Attempted Transfer of Obscene Material to a Minor

Between on about March 21, 2020 and April 10, 2020, in the District of Rhode Island and elsewhere, the defendant,

### NEIL STREICH

using facilities and means of interstate and foreign commerce, did knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, and did attempt to do so, to wit, STREICH used a social media application to send and transfer obscene matter, including but not limited to sexually explicit images of adult male genitalia, to a minor whom STREICH believed to be 10 years old.

All in violation of Title 18, United States Code, Section 1470.

1

## FORFEITURE ALLEGATIONS

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant NEIL STREICH ("STREICH") that in the event that defendant STREICH is convicted of Count One of this Indictment, defendant STREICH shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a) and 2428(a)(1), all property, real or personal, used or intended to be used to commit or facilitate the commission of the offenses of conviction.

AARON L. WEISMAN
United States Attorney

JOHN P. McADAMS
Assistant U.S. Attorney

WILLIAM J. FERLAND
Assistant U.S. Attorney
Criminal Division Chief

A TRUE BILL:

Grand Jury Foreperson

Date: 8.14.2020

2