# Applied Behavioral Consultants, LLC

## Joseph J. Plaud, Ph.D., M.A.T.

**Licensed Psychologist and Health Service Provider**
**Specializing in Forensic Psychological Services**



**6 Liberty Square**
**Number 2055**
**Boston, MA 02109-5800**

**Office: (617) 620-5218**
**plaud@forensicbehavior.com**

**8805 Tamiami Trail, North**
**Number 243**
**Naples, FL 34108-2525**

**Facsimile: (617) 830-0830**
**https://forensicbehavior.com**

September 30, 2021

Rebecca L. Aitchison, Esq.
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, 3rd floor
Providence, RI 02903

**PERSONAL AND CONFIDENTIAL**

Dear Ms. Aitchison:

I have completed a psychological and psychosexual evaluation of Mr. Neil Streich, date of birth March 7, 1963, age 58. This evaluation of Mr. Streich began by the review of documents provided by your office. This psychosexual evaluation of Mr. Streich then involved a data-based assessment in person on July 23, 2021. The purpose of this assessment is to evaluate Mr. Streich's current psychological and psychosexual functioning and behavior.

Please note that in the course of conducting this evaluation of Mr. Streich, multiple sources of documentation were reviewed and analyzed, pertaining to Mr. Streich's history. These sources of documentation will not be referred to directly in the body of this report unless a specific relevancy is established between a particular source of information in the records to the professional determination of Mr. Streich's present risk level. Also note that the empirical and clinical information and professional conclusions detailed in this psychological and psychosexual evaluation report do not necessarily represent in its totality or in any significant part thereof my professional testimony in the event of an ensuing civil or criminal hearing or trial.

## Reason for Referral

Mr. Streich was referred for assessment relating to an appraisal of his current psychological and psychosexual status. The referral issue involves allegations of communicating online with a prepubescent female who was in reality a law enforcement officer, and attempting to transfer obscene material to a minor, as detailed below in the body of this report. Mr. Streich voluntarily sought to participate in this assessment to assist in an analysis of his present psychological and psychosexual status given the factors in this case.

*Dedicated to Providing Comprehensive, Technologically Advanced & Empirically Validated Clinical Services*

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 2**

**Behavioral Observations and Mental Status**

Mr. Streich was attentive, properly oriented, and very cooperative during all phases of the assessment during the clinical interview conducted in this case. More specifically, during the clinical interview of Mr. Streich, I detected no evidence of a generalized organic basis for cognitive impairment at this time. Mr. Streich was pleasant and cooperative during the course of the clinical interview. Mr. Streich was an appropriately groomed male, and appeared to be his stated age of 58.

Mr. Streich had no difficulties maintaining eye contact throughout the clinical interview. Mr. Streich was properly oriented as to person and place, and evidenced no difficulties articulating basic current information and otherwise complying with specific directions during this evaluation.

**Professional Judgment Concerning Neil Streich's Present Psychosexual Functioning and Risk**

Neil Streich voluntarily participated in a psychological and psychosexual evaluation. This examination of Mr. Streich is focused on his psychological and psychosexual functioning and behavior, and designed in part to examine his current risk to engage in further acts of sexual exploitation. Given Mr. Streich's history and the empirical research bearing upon the relationship between his alleged sexual criminal conduct and future probability of hands-on sexual offending, this factor was also part of the present risk evaluation component in this case.

It is the professional conclusion of this evaluation that Mr. Streich is a man who is not primarily driven or motivated by deviant or paraphilic sexual interests; his sexual interest pattern focused on post-pubescent females. A diagnostic analysis relating to paraphilias and personality disorders is included below in this report at Appendix 3, as well as further analysis of his sexual risk in Appendix 2. The data obtained from this evaluation support the professional conclusion that Mr. Streich does not represent a significant risk to engage in hands-on or contact-based sexual offending. Further, given the social and legal consequences he has experienced, coupled with an overall low risk estimate otherwise, as detailed below in context of his overall developmental, social, sexual and criminal histories, his current risk estimate for either hands-on or non-contact based offenses is in a very low risk range, not consistent with an individual at this time who poses a risk to public safety. It is also my professional judgment that at this time, again given the intervention of the criminal justice system and the consequences he has thus far experienced, Mr. Streich does not evidence any elements of cognition, affect, or overt behavior consistent at this time with ongoing cognitive distortions related to human sexuality. He expressed his understanding not only concerning the wrongfulness of his use of his past online communication behavior and related sexual activities, but also remorse for the victims involved in this type of sexual criminal activity.

One issue of particular relevance to the present evaluation concerns whether or not Mr. Streich's admitted online behavior and fantasies involving what may be colloquially known as the "daddy/princess" area of internet chat makes him prone to either deviant sexual conduct or at heightened risk to engage in acts of sexual abuse. There is no empirical research that supports that any type of internet chat activity as such concerning submissive-themed sexual fantasizing is related to risk to engage in deviant sexual conduct, or even that it is in it of itself sexually deviant in nature. This

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 3**

conclusion even extends beyond the "daddy/princess" are to those who are actually engaged in BDSM-related conduct of more significant submissive sexual interests. Research has shown, for example, that those who engage in actual behaviors beyond any alleged behavior or fantasizing attributed to Mr. Streich in actuality had lower levels of depression, anxiety, post-traumatic stress disorder (PTSD), psychological sadism, psychological masochism, borderline pathology, and paranoia. One factor that did come through is that such individuals tend to seek higher levels of attention and were more narcissistic in their interpersonal relations. However, on the whole such individuals were not identified as being prone to engaging in either illegal or sexually deviant conduct [Reference: Connolly, P. H. (2006). Psychological functioning of bondage/domination/sado-masochism (BDSM) practitioners. *Journal of Psychology and Human Sexuality, 18*, 79-120].

Inspection of the other data gathered and interpreted in this evaluation of Mr. Streich do not identify any patterns of either historical (static) or present-day (dynamic) risk factors in keeping with a valid conclusion that at this time Mr. Streich has difficulties in the regulation and control of his sexual behavior, and otherwise would support a conclusion that he is at risk to engage in either contact or non-contact based sexual offenses going forward in time – especially given his understanding of the wrongfulness of his past behavior. It is true that there is no single or unique repertoire that describes all offenders; however, clinical research has shown that there are in fact a number of different patterns of sexual interest and other personality factors that describe a significant number of sexual offenders. In my professional judgment, Mr. Streich is not at acute, significant, or likely risk for engaging in either contact or non-contact based acts of sexually abusive behavior moving forward in time. Support for these professional conclusions is detailed below in the body of this report. From a professional risk perspective, at this time and moving forward it is my judgment given all sources of data obtained during this evaluation that Mr. Neil Streich does not pose a danger to public safety.

Joseph J. Plaud, Ph.D., M.A.T.        Date: September 30, 2021
Executive Director
Applied Behavioral Consultants, LLC

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 4**

## Appendix 1: Background Information Concerning Mr. Streich

### Background Information

Neil Streich was born on March 7, 1963 in Patterson, New Jersey to Robert and Evelyn Streich. He is the youngest of three children born to his parents. His oldest sibling is his sister Francine and his older brother is Mark. Mr. Streich grew up Fair Lawn, New Jersey with his family in what he called a middle class neighborhood. Mr. Streich's father was employed as a salesman in industrial sales and his mother primarily was a homemaker but also worked in the insurance agency. During the clinical interview Mr. Streich stated that there was significant disagreement between his parents on many issues leading to verbal altercations, including with the children. His father was prone to display a temper, but Mr. Streich stated there was no physical abuse in the family, though he and his siblings feared his father, whom Mr. Streich described as a workaholic, who was rarely home. When he started high school Mr. Streich and his family relocated to Cranston, Rhode Island. He has remained in Rhode Island since that time. He later purchased a home in North Kingstown, Rhode Island and has resided at that location for the past twenty four years.

Records show his father passed away in 1996. His mother resided in Boynton Beach, Flordia, but has recently returned to Rhode Island, and currently resides in an assisted living facility in Providence, Rhode Island. At this time Mr. Streich maintains contact with his mother and he has intermittent contact with his sister, who lives in Brooklyn, New York, and his brother, who currently resides in Jamestown, Rhode Island.

### Educational History

Mr. Streich attended and graduated from Cranston West High School. He then received his bachelor of arts degree from the University of Rhode Island in 1986. There is no indication that Mr. Streich had disciplinary issues while a student. He did not require special educational services. There is also no indication of any scholastic suspensions. He described himself as a popular student and also participated in school sports, especially while a student in New Jersey. He also participated in college basketball at the University of Rhode Island.

### Medical and Psychiatric History

Mr. Streich describes his current health as good. He takes no prescription medications, but noted during the clinical interview that he takes a number of nutritional supplements. There is no history of prior hospitalizations or surgeries. He did note that he has had issues with cellulitis at times in his medical past. There is also no indication of any loss of consciousness or concussions growing up.

When he went through his divorce Mr. Streich saw a counselor on one or two occasions approximately eleven years ago. He currently sees a therapist biweekly through Thrive Behavioral Health since his arrest for the referral issue.

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 5**

## Sexual Abuse History

During the clinical interview Mr. Streich denied being the victim of sexual abuse.

## Employment History

As of August, 2020 Mr. Streich was reportedly employed at Galaxy Fasteners where he sold screws, nuts and bolts. He was employed there since he was twenty or twenty one years old. Mr. Streich lost his employment once he was arrested.

## Substance Abuse History

There is no substance abuse history in this case.

## Sexual/Relationship History

Mr. Streich indicated that he was approximately fifteen years old when he first started masturbating. Mr. Streich stated that his sexual orientation is heterosexual. Mr. Streich stated that he was not generally afraid of being around girls his own age growing up, although his family relocation from New Jersey to Rhode Island created difficulties for him interpersonally meeting girls at the time according to Mr. Streich. He stated that he was approximately fourteen years of age when he first had sexual feelings for girls.

Mr. Streich reported being approximately nineteen years of age when he first had sexual intercourse, with a twenty four year old female whom he met at a bar. Mr. Streich reported that he does not think that his sexual wishes and thoughts are different than those of others, and that he has never been teased or harassed about being sexually different. Mr. Streich denies at any time sexual interest or arousal towards males.

Mr. Streich denied past contacts with prostitutes, as well as any excessive or obsessive patterns of behavior concerning watching sexually explicit movies or videos. Mr. Streich did not indicate that he was now easily ashamed about sexual matters. He stated he thought he had adequate information about human sexuality. Mr. Streich states that at the present time he has no difficulties either achieving or maintaining a penile erection. He describes his current masturbatory practices as occurring approximately once or twice a week, primarily involving sexual fantasies concerning adult women. Mr. Streich denied any deviant sexual fantasy behaviors.

Mr. Streich married Lynn and has has been divorced for about ten years. There are three adult/close to adult age children. His youngest son (approximately seventeen) would visit a few times a week. His girlfriend Kim resides with Mr. Streich at this time. During the clinical interview Mr. Streich stated that both his ex-wife and girlfriend are supportive of him at this time, as are his three children.

## General Criminal History

There is no general criminal history in this case.

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 6**

**Referral Issue**

According to records, including affidavit notes and application for a search warrant of his property submitted June 16, 2020, an FBI agent noted he was participating in an investigation of Mr. Streich for attempting to transfer obscene material to a minor, attempted enticement, coercion or persuasion of a minor to engage in prohibited sexual activity by means of a facility of interstate commerce and possession of child pornography. The undercover agent cites the following information in the search warrant application:

> There is subculture referred to as "daddy/princess" or variants thereof, which consists of adult men who have sexual and romantic interest in minor females. In this subculture, the adult man will often play the role of "daddy" and the minor female of "princess." There are groups and chat rooms on the internet where "daddies" and "princesses" can meet to exchange communication, videos and images. I am aware that many sexual predators exploit this subculture as a means of grooming minors to engage in illicit sexual activity, including producing sexually explicit images of themselves, and sometimes meeting in person for illicit sexual activity. The relationships can become coercive, as the "princess" is required to follow the instructions of the "daddy." Oftentimes the "daddy will instruct the "princess" not to tell her parents about the existence of their relationship, and will assume the role of surrogate parent by listening to the minor's problems and offering advice, developing trust over time which can later be sexually exploited. Based on my training and experience it is not uncommon for "daddy/princess" relationships to develop over an extended period of time to include weeks or months before escalating to explicit sexual conduct.

On March 21, 2020 an undercover officer posing as a ten-year old female in the chat room "daddy's and princesses" was contacted by username "rob.so63" (vanity name "Robert (straight daddy)" who typed that they were on a group involving "daddy's and princesses." The undercover agent reported they were "10f from pa" (10 year old female from Pennsylvania). The online conversation began on March 21, 2020 and continued until April 10, 2020. The undercover officer noted during that time Mr. Streich sent multiple videos of himself masturbating while saying the undercover officers "given name" and also sent multiple videos of his erect penis as well as images of his body. The officer also noted Mr. Streich changed the status of his vanity name to "Robert (taken)" to symbolize he was dating the undercover officer. He also identified himself in the exchanges as a divorced man from Connecticut with a twenty four year old daughter, and two sons: fifteen and twenty one years old.

On June 17, 2020 the application to search Mr. Streich's property included seeking permission to search his electronic items as well as the home itself. He was also requesting the court issue a court sealing. A criminal complaint was filed June 17, 2020 for Transferring obscene material to a minor. The search warrant was granted and searched the same day. The officer searched Mr. Streich's tablet and found the username "rob.s063" connected to numerous groups that used group names that were "referencing an interest in minors including "DaddysLilFrreeeaks," and "Daddys Princesses."

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 7**

The officers interviewed Mr. Streich at the property during the search. He was read his Miranda rights and agreed to voluntarily speak to the officers. According to records Mr. Streich stated the following:

- STREICH admitted to being the username "rob.s063" on the social media application described in Exhibit A.

- STREICH stated that used the name "Robert" or "rob" on various social media accounts to separate his online activities from his regular

- STREICH admitted participating in chat rooms on the social media application described in Exhibit A, to include daddy/princess chats. STREICH denied asexual interest in children.

- STREICH claimed that he participates in the daddy/princess chats because that is what the girls in the chats want.

- STREICH admitted communicating with the individual who claimed to be 10 years old described in Exhibit A.

- STREICH admitted the individual identified themselves as 10 years old, but claimed he did not really believe that was the correct age. STREICH stated it was a mistake for him to communicate with the person who identified themselves as 10 years, but claimed part of him did not really believe she was that age.

- STREICH initially claimed he could not remember whether he sent videos and images of his erect penis and himself masturbating to the individual who identified themselves as 10 years old, but then admitted sending images of himself masturbating to the person who identified themselves as 10 years old, and admitted that he was the person in the images.

The officers felt there was probable cause to arrest Mr. Streich on the allegations of Attempted Transfer of Obscene Material to a Minor Under the Age of 16. In addition to the conversation regarding Mr. Streich and the undercover officer, he reported online in a conversation that he was previously a "daddy" to another victim, a sixteen year old female whom he did eventually meet in person. The affidavit says he met her three years into their contact. It was also noted in the affidavit (and in his chat room conversations) that Mr. Streich requested on more than one occasion images from the undercover officer (even though he requested at one point the undercover send an image and noted "to not send 'dirty' pictures."

On April 28, 2020 Media Lab, Inc responded to a subpoena for information regarding Mr. Streich's account listed as "rob.s063" and included an email and two IP addresses. Verizon wireless also responded to a subpoena regarding the IP addresses and provided information that connected the account (phone numbers, email address, account home address, etc) to Mr. Streich.  The officer also reviewed his social media accounts and noted he "appeared to have children the same approximate age" as the children he described on the "daddy's and princesses" chat room. His driver's license image matched the person in the "rob.s063" videos.

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 8**

The seized devices included a white android cell phone, miscellaneous CDs, a mortgage statement, black Samsung tablet and Dell desktop computer. Records show the desktop computer contained no inappropriate material, the tablet did not reveal inappropriate images (the Keepsafe Photo Vault was enabled). The cell phone had info with 5 images of Child Sexual Abuse Material. Records also suggest that an image that appeared to be child abuse material appeared to be like a grid image and may actually have been a computer virus.

During the clinical interview Mr. Streich stated that he had a very difficult divorce from his wife preceding the above alleged conduct, and that his wife was both an alcoholic and was physically abusive towards him. Towards the end of his marriage, when Mr. Streich felt isolated and had no physical/sexual relationship with his wife, he noted that he began engaging in online chatting. Over a number of years he interacted with what he described as thousands of people over the Kik platform, all of whom he described as being adults.

Mr. Streich further stated that he knew the person who said she was 10 was lying. However, he acknowledged that he liked the attention, but now fully understands that what he engaged in was wrong. Mr. Streich noted that he "got a rush" from people he talked to over the internet, and was talking with many people over time. He also denied that he ever met anyone physically. Mr. Streich noted that all the "daddy stuff" was pure fantasy, and related to his liking the "attention" he was receiving in his chat sessions. Mr. Streich further acknowledged that he did not know the person with whom he was in contact as detailed above was in reality an undercover officer; but he also knew the person was not a 10-year old female, and that his behavior in question was a combination of fantasy and attention seeking conduct.

### Appendix 2: Comparative and Statistical Risk Estimates Concerning Mr. Streich

The *Sexual Violence Risk – 20* (*SVR-20*) provides for a research-based structured methodology designed to evaluate 20 factors or areas of functioning in those who have been either convicted or alleged to have committed a sexual offense. While several of the factors contained in the *SVR-20* are not in and of themselves significantly predictive of sexual offense recidivism, as a whole the *SVR-20* systematically addresses issues of potential relevance to sexual offense recidivism, as well as in the future planning of psychological or behavioral interventions to manage or reduce future risk.

Given that static or historic risk factors are unchangeable by definition, emphasis in the present structured risk assessment is given to dynamic or changeable/future issues. Utilizing the *SVR-20* coding manual, the factors detailed above were systematically examined regarding Mr. Streich. Several of the individual *SVR-20* factors have also shown significant relationship to how old the individual is when the risk evaluation is conducted. Barbaree et al. (2003) found the following base rates of sexual offense recidivism for sexual offenders who were released at different ages (21-30, 31-40, 41-50, 51+) as 17%, 11%, 8%, and 4% respectively.

Neil Streich
**Psychosexual Evaluation Report**
September 30, 2021
Page 9

| *Psychosocial Adjustment* | *Sexual Offenses* | *Future Plans* |
|---|---|---|
| 1. Sexual Deviation: _No_/?/Yes | 12. High Density Offenses: _No_/?/Yes | 19. Lacks Realistic Plans: _No_/?/Yes |
| 2. Victim of Child Abuse: _No_/?/Yes | 13. Multiple Offense Types: _No_/?/Yes | 20. Negative Attitude Toward Intervention: _No_/?/Yes |
| 3. Psychopathy: _No_/?/Yes | 14. Physical Harm to Victim(s): _No_/?/Yes | |
| 4. Major Mental Illness: _No_/?/Yes | 15. Uses Weapons or Threats of Death: _No_/?/Yes | Other Considerations: Data on age at release and sexual offense recidivism are also factored into the present analysis of the *SVR-20* factors. |
| 5. Substance Use Problems: _No_/?/Yes | 16. Escalation in Frequency /Severity: _No_/?/Yes | |
| 6. Suicidal/Homicidal Ideation: _No_/?/Yes | 17. Extreme Minimization /Denial of Offenses: _No_/?/Yes | |
| 7. Relationship Problems: No/?/_Yes_ | 18. Attitudes that Support Or Condone Offenses: _No_/?/Yes | |
| 8. Employment Problems: _No_/?/Yes | | |
| 9. Past Nonsexual Violent Offenses: _No_/?/Yes | | |
| 10. Past Nonviolent Offenses: _No_/?/Yes | | |
| 11. Past Supervision Failure: _No_/?/Yes | | |

Further, Barbaree et al. (2008) found that the following *SVR-20* risk factors diminished significantly with increased aging: Sexual Deviation, Major Mental Illness, High Density Offenses, Multiple Offense Types, Escalation in Frequency/Severity, Extreme Minimization/Denial of Offenses, and Attitudes that Support or Condone Offenses.

The conclusion that emerges from an analysis of the *SVR-20* factors in the present case is that given the above referenced anchor points, it is my professional judgment that Mr. Streich does not evidence any pattern of risk factors either in keeping with static (or historical) factors, or present-day dynamic (or changeable) factors. There is evidence for the potential for one non-sexual risk factor in this case which focus on past, static psychosocial adjustment.

## Appendix 3: Diagnostic Analysis of Mr. Streich

From a psychodiagnostic perspective, based upon his criminal offense history and the psychosexual testing conducted during this evaluation, in context of his overall sexual history, the diagnosis of a sexually-based mental disorder is not supported clinically. The *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* or *DSM-5* contains a diagnostic section which is entitled Paraphilic Disorders. The paraphilias that are listed in the *DSM-5* include voyeuristic disorder, exhibitionistic disorder, frotteuristic disorder, sexual masochism disorder, sexual sadism disorder, pedophilic disorder, fetishistic disorder, transvestic disorder, and "catch-all" diagnostic categories referred to unspecified

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 10**

and other specified paraphilic disorders. According to the *DSM-5*, "a paraphilic disorder is a paraphilia that is currently causing distress or impairment to the individual or a paraphilia whose satisfaction has entailed personal harm, or risk of harm, to others. A paraphilia is a necessary but not a sufficient condition for having a paraphilic disorder, and a paraphilia by itself does not necessarily justify or require clinical intervention" (page 686). In the *DSM-5*, "Criterion A specifies the qualitative nature of the paraphilia (e.g., an erotic focus on children or on exposing the genitals to strangers), and Criterion B specifies the negative consequences of the paraphilia (i.e., distress, impairment, or harm to others)" (page 686).

By his record and all other available data there is not support for the diagnosis of a personality disorder under the *DSM-5* diagnostic criteria. According to the *DSM-5*, the general criteria for personality disorders include "an enduring pattern of inner experience and behavior that deviates markedly from the expectations of the individual's culture. This pattern is manifested in two (or more) of the following areas: 1. Cognition; 2. Affectivity; 3. Interpersonal functioning; 4. Impulse control" (page 646). With regard to antisocial personality disorder, the essential feature is "a pervasive pattern of disregard for, and violation of, the rights of others that begins in childhood or early adolescence and continues into adulthood" (page 659).

The *DSM-5* contains an introductory session titled "Cautionary Statement for Forensic Use of *DSM-5*" which specifies that "the use of *DSM-5* should be informed by an awareness of the risks and limitations of its use in forensic settings...there is a risk that diagnostic information will be misused or misunderstood. These dangers arise because of the imperfect fit between the questions of ultimate concern to the law and the information contained in a clinical diagnosis...In most situations, the clinical diagnosis of a *DSM-5* mental disorder such as...pedophilic disorder does not imply that an individual with such a condition meets legal criteria for the presence of a mental disorder or a specified legal standard...It is precisely because impairments, abilities, and disabilities vary widely within each diagnostic category that assignment of a particular diagnosis does not imply a specific level of impairment or disability" (page 25). Combining a record review, clinical interview, and taking into consideration the testing results of the personality assessment phase of the present evaluation of Mr. Streich, there is no support for the clinical finding that Mr. Streich has either deviant sexual interests or a personality disorder.

## Appendix 4: Analysis of Additional Psychological Factors

Objective psychological personality assessment in this case was conducted via the administration of an objective and scientifically validated protocol. The PAI is an objective inventory of adult personality. The purpose of the PAI is to assess for the possibility of psychopathological syndromes. This information could be relevant for clinical diagnosis, treatment planning, and screening for psychopathology. The items constitute 22 nonoverlapping full scales covering the constructs most relevant to a broad-based assessment of mental disorders: 4 validity scales, 11 clinical scales, 5 treatment scales, and 2 interpersonal scales.

In order to facilitate interpretation and cover the full range of complex clinical constructs, 10 full scales contain conceptually derived subscales. Reliability and validity are based on data from a census-matched normative sample of 1,000 community-dwelling adults (matched on the basis of gender,

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 11**

race, and age), a sample of 1,265 patients from 69 clinical sites, and a college sample of 1,051 students. Because the PAI was normed on adults in a variety of clinical and community settings, profiles can be compared with both normal and clinical populations.

The PAI provides a number of validity indices that are designed to provide an assessment of factors that could distort the results of testing. Such factors could include failure to complete test items properly, carelessness, reading difficulties, confusion, exaggeration, malingering, or defensiveness. The PAI Clinical Interpretive Report by Dr. Leslie C. Morey and PAR was used in the analysis of the testing results in this particular case. Validity scale analysis indicated that Mr. Streich approached the testing in an honest and forthright manner, with no significant attempts to manipulate testing results in his approach and the answers to the PAI. The PAI clinical profile for Mr. Streich is entirely within normal limits. There are no indications of significant psychopathology in the areas that are tapped by the individual clinical scales. According to Mr. Streich's self-report, he describes no significant problems in the following areas: unusual thoughts or peculiar experiences; antisocial behavior; problems with empathy; undue suspiciousness or hostility; extreme moodiness and impulsivity; unhappiness and depression; unusually elevated mood or heightened activity; marked anxiety; problematic behaviors used to manage anxiety; difficulties with health or physical functioning. Also, he reports no significant problems with alcohol or drug abuse or dependence.

Mr. Streich's view of himself appears to involve a fixed, rather negative self-evaluation. He is likely to be self-critical and to focus upon past failures and lost opportunities. He may be more troubled inwardly by self-doubt and misgivings about his adequacy than is apparent to others. He may tend to play down his successes as a result, dismissing such accomplishments as either good fortune or the result of the efforts of others. Mr. Streich's interpersonal style seems best characterized as warm, friendly, and sympathetic. He particularly values harmonious relationships and derives much of his satisfaction from these relationships. Because of the premium placed upon harmony, he is likely to be uncomfortable with interpersonal confrontation or conflict, and he will tend to shun controversy. He is probably quick to forgive others and will readily give others a second chance.

The MCMI-IV is an objective psychological inventory which measures a person's responses to items against diagnostic subgroups that are described in the *Diagnostic and Statistical Manual of Mental Disorders*. The MCMI-IV yields personality profiles that correspond to standard diagnostic groups, including major mental illness, character problems, clinical syndromes (such as depression and anxiety), and substance abuse. The normative sample for the MCMI-IV represents a wide variety of potential clinical diagnoses, including patients seen in independent practices, clinics, mental health centers, residential settings, and hospitals. The purpose of utilizing the MCMI-IV in the present assessment is to gain an objective measure of clinical personality patterns concerning Mr. Streich.

The MCMI-IV Clinical Interpretive Report by Dr. Theodore Millon and Pearson Assessments was used to aid and structure interpretive analyses of the testing results in this particular case. Based upon Mr. Streich's responding and clinical analysis on the MCMI-IV, and consistent with the findings reported above concerning the PAI there is no indication that he suffers from any areas of clinical psychopathology. Rather, possessed of an air of gregariousness and unrealistic optimism, Mr. Streich is disposed to handle serious matters in a nonchalant manner. As a result, psychological stressors or problematic relationships may be met with defenses such as charm, humor, or denial. The idea of being

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 12**

seen as troubled or vulnerable distresses him, and he will likely cloak any such perceptions in this manner. It is unlikely that his past difficulties or even manipulation of others are hostile or malicious in character. Rather, they may derive from Mr. Streich's flighty interaction style, his unrealistically optimistic attitude, and his indifference to the feelings of those he uses to enhance and indulge his desires upon occasion. Only when his manipulative social skills falter, as when faced with disruptive family tensions, is he likely to acknowledge his deficiencies and faults.

The IPDE was developed within the Joint Program for the Diagnosis and Classification of Mental Disorders of the World Health Organization (WHO) and United States National Institutes of Health (NIH) and provides a uniform approach for assessing personality disorders for the *Diagnostic and Statistical Manual of Mental Disorders*. The interview is the most widely used of its kind and is the only personality disorder interview based on worldwide field trials. The IPDE Manual contains the interview questions to assess eleven *DSM* personality disorders.

Results from the IPDE allow the examiner to assign a definite, probable, or negative diagnosis for each personality disorder. The IPDE Interview questions are arranged in a format that provides the optimal balance between a spontaneous, natural clinical interview and the requirements of standardization and objectivity. The questions are arranged in sections (e.g., Background Information, Work, Self, Interpersonal Relationships) with open-ended inquiries provided at the beginning of each section to enable a smooth transition from the previous section.

For each IPDE Interview question, the corresponding personality disorder and the specific diagnostic criterion is identified with precise scoring guidelines. Also at least one criterion must have been present prior to age 25 years before that particular personality disorder can be diagnosed. The IPDE Screening Questionnaire was specifically designed to identify individuals whose scores suggest the presence of one or more personality disorders.

Results of the *IPDE Screening Questionnaire* for Mr. Streich indicate the following:

| *Cluster A* | | *Cluster B* | | *Cluster C* | |
|---|---|---|---|---|---|
| **Personality Disorder** | **Significance of Score** | **Personality Disorder** | **Significance of Score** | **Personality Disorder** | **Significance of Score** |
| Paranoid | Insignificant | Antisocial | Insignificant | Avoidant | Insignificant |
| Schizoid | Insignificant | Borderline | Insignificant | Dependent | Insignificant |
| Schizotypal | Insignificant | Histrionic | Insignificant | Obsessive-Compulsive | Insignificant |
| | | Narcissistic | Insignificant | | |

The results of the IPDE Screening Questionnaire indicate that Mr. Streich did not evidence any significant correlates which correspond to any of the specified personality disorder clusters.

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 13**

The Abel Assessment for Sexual Interest (AASI-3 VRT or AASI) is a computer-based assessment system that analyzes and indirectly measures the relative strength of normal and deviant sexual interests. Research has demonstrated its reliability, validity, and resistance to faking, and its correlation with the extensively used penile plethysmography procedure.

*AASI* requires a person to complete an extensive questionnaire, and rate 160 slides while his or her physiological responses are recorded and analyzed. The final analysis provides a relative measure of sexual interests in 22 distinctive areas, including age-appropriate sexual interests, and deviant interests in variously aged children of both sexes. In addition, the procedure includes a set of slides that specifically target voyeurism, exhibitionism, fetishism, aggression, sadomasochism, and violence. The Abel Screening methodology represents a psychometrically validated approach to measure a person's relative sexual interest patterns.

Mr. Streich's sexual interest pattern is consistent with <u>normative homosexual interests</u>, with no sexual deviance detected. Mr. Streich evidenced no sexual interest in male or female children or sexual violence. It is important to note that in *AASI* evaluations that assess a person's relative pattern of sexual interests that when significant sexual interest is shown towards adult males and/or females then it is both typical and expected to also find significant sexual interest in the 14 to 17 year (or adolescent) males and/or females which correspond to the adult sexual interest patterns shown. This conclusion rests on the finding that in such cases – when significant sexual interest is shown for adults – that the person being assessed is responding to *post*-pubescent sexual stimuli, which is considered normative/non-deviant in nature.

The results of the present evaluation also indicated that Mr. Streich has adequate knowledge about human sexuality. Further, data analysis also revealed that Mr. Streich did not evidence cognitive distortions in his attitudes about sexuality. In other words, at this time Mr. Streich does not have difficulties in being able to distinguish potential justifications frequently used by individuals who are attempting to minimize or deny sexually abusive conduct.

<u>**Appendix 5: Information Sources**</u>

(1) Clinical interview
(2) Structured and Empirical Risk Assessment
(3) Research-based factors on risk of sexual offending
(4) Sexual interest assessment
(5) Objective personality assessment
(6) Record Review

<u>**Appendix 6: Professional Qualifications of Clinical Psychology Examiner**</u>

Since 1988 I have conducted several hundred psychological, psychosexual, and psychophysiological assessments on suspected and convicted sexual offenders in inpatient, outpatient, and incarcerated settings. I am presently Executive Director of Applied Behavioral Consultants, LLC. I have conducted both individual and group-based psychological and behavioral treatment regimens with sexual offenders, and I have designed and administered sexual offender treatment programs, such as STOP (the

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 14**

Specialized Treatment of Offenders Program) at the North Dakota Developmental Center. In addition to my clinical expertise in evaluations and treatment of sexual offenders, I have held several faculty appointments, including Northeastern and Brown Universities (the latter as a Visiting Scholar), am a member of numerous professional organizations, including a Fellow of the American Psychological Association, and was appointed a Clinical Fellow of the Behavior Therapy and Research Society by Dr. Joseph Wolpe. I hold a Ph.D. in clinical psychology from the University of Maine. I completed my clinical internship at the University of Mississippi and Department of Veterans Affairs Medical Centers in Jackson, Mississippi, and I am a licensed psychologist and health service provider in the Commonwealth of Massachusetts and State of New York. I have over 200 peer-reviewed publications and presentations, many of which focus on sexual behavior and sexual abuse (one of which received a research award), and serve on several journal editorial boards. Additionally, I hold a Master of Arts in Theology from Saint Joseph's College.

### Appendix 7: Selected References to Professional Publications and Presentations by Dr. Plaud

**Catalogued Chronologically**

**Professional Publications**

Plaud, J. J. (2020). Sexual disorders. In P. Sturmey (Ed.), *Functional Analysis in Clinical Treatment, Second Edition* (pp. 399-420). London: Elsevier.

Plaud, J. J. (2019). The use of penile plethysmography in Sexually Violent Predator (SVP) assessment and treatment decision-making. In W. T. O'Donohue & D. Bromberg (Eds.), *Sexually Violent Predators: A Clinical Science Handbook*, (pp. 243-254). Thousand Oaks, CA: Sage.

Plaud, J. J. (2016). Behavior therapies. In H. L. Miller (Ed.), *The Sage Encyclopedia of Theory in Psychology* (pp. 138-142). Thousand Oaks, CA: Sage.

Blackstone, K. E., & Plaud, J. J. (2014). The polygraph. In W. T. O'Donohue & D. Bromberg (Eds.), *Toolkit for Working with Juvenile Sexual Offenders* (pp. 88-119). London: Elsevier.

Plaud, J. J., & Blackstone, K. E. (2014). Penile plethysmography. In W. T. O'Donohue & D. Bromberg (Eds.), *Toolkit for Working with Juvenile Sexual Offenders* (pp. 69-87). London: Elsevier.

Plaud, J. J. (2009). Are there "hebephiles" among us? A response to Blanchard et al. *Archives of Sexual Behavior, 38*, 326-327.

Plaud, J. J. (2007). Sexual disorders. In P. Sturmey (Ed.), *Functional Analysis in Clinical Treatment* (pp. 357-377). London: Elsevier.

Gray, S. R., & Plaud, J. J. (2005). A Comparison of the *Abel Assessment for Sexual Interest* and Penile Plethysmography in an Outpatient Sample of Sexual Offenders. *Journal of Sexual Offender Civil Commitment: Science and the Law, 1*, 1-10.

Plaud, J. J. (2005). Covert sensitization conditioning. In M. Hersen & J. Rosqvist (Eds.) *Encyclopedia of behavior modification and cognitive behavior therapy, Volume I: Adult clinical applications* (pp. 235-241). London: Sage Publications.

Plaud, J. J. (2003). Pavlov and the foundation of behavior therapy. *The Spanish Journal of Psychology, 6*, 147-154.

Plaud, J. J. (2002). Assisted Covert Sensitization. In M. Hersen & W. Sledge (Eds.) *Encyclopedia of Psychotherapy, Volume 1* (pp. 125-130). London: Academic Press.

Plaud, J. J. (2002). It's not too late for behavior therapy. *The Behavior Therapist, 25*, 57-59.

*Dedicated to Providing Comprehensive, Technologically Advanced & Empirically Validated Clinical Services*

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 15**

Plaud, J. J. (2001).  Clinical science and human behavior.  *Journal of Clinical Psychology, 57,* 1089-1102.

Plaud, J. J. (2001). Plaud on Ilardi and Feldman. *Journal of Clinical Psychology, 57,*1109-1111.

Plaud, J. J. (2001). Plaud's rebuttal to Ilardi and Feldman's response. *Journal of Clinical Psychology, 57,*1119-1120.

Plaud, J. J. (2000).  Psychology as a behavioral science: Why theories of learning may still be unnecessary.  *The Current Repertoire, 16*, 4-6.

Plaud, J. J., Muench Plaud, D., Kolstoe, P. D., & Orvedal, L. (2000).  Behavioral treatment of sexually offending behavior.  *Mental Health Aspects of Developmental Disabilities, 3*, 54-61.

Plaud, J. J., Gaither, G. A., Hegstad, H. J., Rowan, L., & Devitt, M. K.  (1999).  External validity of psychophysiological sexual arousal research: To whom do our research results apply?  *Journal of Sex Research, 36*, 171-179.

Plaud, J. J., & Martini, J. R.  (1999).  The respondent conditioning of male sexual arousal.  *Behavior Modification*, *23*, 254-268.

Eifert, G. H., & Plaud, J. J.  (1998).  From behavior theory to behavior therapy: An overview.  In J. J. Plaud & G. H. Eifert (Eds.), *From behavior theory to behavior therapy* (pp. 1-14).  Boston: Allyn & Bacon.

Ferraro, F. R., Orvedal, L. L., & Plaud, J. J.  (1998).  Institutional review board (IRB) issues related to special populations: Developmentally disabled individuals.  *Journal of General Psychology, 125*, 156-164.

Gaither, G. A., & Plaud, J. J.  (1998).  The effects of secondary stimulus characteristics on male sexual arousal.  *Journal of Sex Research, 34*, 231-236.

Gaither, G. A., Rosenkranz, R. R., & Plaud, J. J. (1998).  Sexual disorders.  In J. J. Plaud & G. H. Eifert (Eds.), *From behavior theory to behavior therapy* (pp. 152-171). Boston: Allyn & Bacon.

Plaud, J. J., & Bigwood, S. J.  (1998).  The relationship of male self-report of rape supportive attitudes, sexual fantasy, social desirability and physiological arousal to sexually coercive stimuli.  *Journal of Clinical Psychology, 53*, 935-942.

Plaud, J. J., Eifert, G. H., & Wolpe, J.  (1998).  The role of theory in behavior therapy: Conceptual and practical conclusions.  In J. J. Plaud & G. H. Eifert (Eds.), *From behavior theory to behavior therapy* (pp. 320-331).  Boston: Allyn & Bacon.

Plaud, J. J., Gaither, G. A., & Caparulo, F. (1998).  Sexually coercive stimuli and their relation to rape supportive behavior and physiological arousal. [Abstract].  *The battle without borders: Confronting sexual abuse in today's world.  Proceedings of the 1998 Research and Treatment Conference of the Association for the Treatment of Sexual Abusers*, 186.

Plaud, J. J., Gaither, G. A., & Caparulo, F. (1998).  External validity and generalization of behavioral and psychophysiological sexual arousal research.  [Abstract].  *The battle without borders: Confronting sexual abuse in today's world.  Proceedings of the 1998 Research and Treatment Conference of the Association for the Treatment of Sexual Abusers*, 119.

Plaud, J. J., Gaither, G. A., Franklin, M., Weller, L. A., & Barth, J. (1998).  The effects of sexually explicit words on the formation of stimulus equivalence classes. *The Psychological Record, 48*, 63-79.

Plaud, J. J., Gaither, G. A., & Martini, J. R.  (1998).  Reaction time to a secondary task and male sexual arousal [Abstract]. *Convention Proceedings for the 32nd Annual AABT Convention*, 49.

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 16**

Plaud, J. J., Gaither, G. A., & von Duvillard, S. P. (1998).  Rational Emotive Behavior Therapy and the formation of stimulus equivalence classes [Abstract].  *Convention Proceedings for the 32nd Annual AABT Convention, 15.*

Plaud, J. J., Gaither, G. A., & Weller, L. A.  (1998).  Gender differences in the sexual rating of words.  *Journal of Sex and Marital Therapy, 24,* 15-21.

Plaud, J. J., Gaither, G. A., Weller, L. A., Bigwood, S. J., Barth, J., & von Duvillard, S. P. (1998).  Rational-Emotive Behavior Therapy and the formation of stimulus equivalence classes.  *Journal of Clinical Psychology, 54,* 597-610.

Plaud, J. J., & Holm, J. E.  (1998).  Sexual dysfunctions.  In J. J. Plaud & G. H. Eifert (Eds.), *From behavior theory to behavior therapy* (pp. 136-151).  Boston: Allyn & Bacon.

Plaud, J. J., Moberg, M., & Ferraro, F. R.  (1998).  A review of Alzheimer's disease and dementia: Applied behavioral assessment and treatment approaches.  *Journal of Clinical Geropsychology, 4,* 269-300.

Plaud, J. J., Mosley, T. H., & Moberg, M.  (1998).  Alzheimer's disease and behavioral gerontology.  In J. J. Plaud & G. H. Eifert (Eds.), *From behavior theory to behavior therapy* (pp. 223-245).  Boston: Allyn & Bacon.

Plaud, J. J., & Muench Plaud, D.  (1998).  Clinical behavior therapy and the experimental analysis of behavior.  *Journal of Clinical Psychology, 54,* 905-922.

Plaud, J. J., Schweigman, K., & Welty, T. K.  (1998).  Health-related and cultural gender differences in an aging Northern Plains Indian population.  *Journal of Clinical Geropsychology, 4,* 111-118.

Plaud, J. J., & Vavrovsky, K. G.  (1998).  Specific and social phobias.  In J. Wodarski & B. Thyer (Eds.), *Handbook of empirical social work practice* (pp. 327-341).  New York: John Wiley & Sons.

Gaither, G. A., Franklin, M. D., & Plaud, J. J.  (1997).  Reaction time to a secondary task: Its relationship to physiological and subjective measures of male sexual arousal.  [Abstract].  *Convention Proceedings for the 31st Annual AABT Convention, 37.*

Plaud, J. J.  (1997). Behavioural analysis of fear-related responding using a modified matching-to-sample  procedure.  *Scandinavian Journal of Behaviour Therapy, 26,* 157-170.

Plaud, J. J., & Bigwood, S. J.  (1997).  A multivariate analysis of the sexual fantasy themes of college men.  *Journal of Sex and Marital Therapy, 23,* 221-230.

Plaud, J. J., Bigwood, S. J., Martini, J. R., & von Duvillard, S. P.  (1997).  A multivariate analysis of the sexual fantasy themes of college men: Implications for behavior therapy [Abstract].  *Convention Proceedings for the 31st Annual AABT Convention, 39.*

Plaud, J. J., & Gaither, G. A.  (1997).  A clinical investigation of the possible effects of long-term habituation of sexual arousal in assisted covert sensitization.  *Journal of Behavior Therapy and Experimental Psychiatry, 28,* 281-290.

Plaud, J. J., Gaither, G. A., Amato-Henderson, S., & Devitt, M. K.  (1997).  The long-term habituation of sexual arousal in human males: A crossover design.  *The Psychological Record, 47,* 385-398.

Plaud, J. J., Gaither, G. A., Hegstad, H. H., Rowan, L., & Devitt, M. K. (1997).  External validity of behavioral and psychophysiological sexual arousal research  [Abstract].  *Convention Proceedings for the 31st Annual AABT Convention,* 38.

Plaud, J. J., Gaither, G. A., & Lawrence, J. B.  (1997).  Operant schedule transformations and human behavioral momentum.  *Journal of Behavior Therapy and Experimental Psychiatry, 28,* 169-179.

Plaud, J. J., von Duvillard, S. P., Bigwood, S. J., & Martini, J. R. (1997). Sexually coercive stimuli and its relation to rape supportive attitudes, sexual fantasy, social desirability, and physiological arousal [Abstract]. *Convention Proceedings for the 31st Annual AABT Convention*, 40.

Wilsnack, S. C., Plaud, J. J., Wilsnack, R. W., & Klassen, A. (1997). Sexuality, gender, and alcohol use. In R. W. Wilsnack & S. C. Wilsnack (Eds.), *Gender and alcohol* (pp. 250-288). Brunswick, NJ: Rutgers Center of Alcohol Studies.

Wolpe, J., & Plaud, J. J. (1997). Pavlov's contributions to behavior therapy: The obvious and the not so obvious. *American Psychologist, 52*, 966-972.

Bigwood, S. J., Plaud, J. J., & Rosenkranz, R. R. (1996). The effects of sexually coercive audio stimuli on male sexual arousal [Abstract]. *Convention Proceedings for the 30th Annual AABT Convention*, 235.

Gaither, G. A., & Plaud, J. J. (1996). The relationships between experience with, fantasies of, and sexual arousal to specific sexual behaviors [Abstract]. *Convention Proceedings for the 30th Annual AABT Convention*, 415.

Gaither, G. A., Plaud, J. J., & Franklin, M. D. (1996). The effects of behavior and sound on penile plethysmographic assessment results: An argument for standardizing stimuli [Abstract]. *Convention Proceedings for the 30th Annual AABT Convention*, 415.

Gaither, G. A., Rosenkranz, R. R., Amato-Henderson, S., Plaud, J. J., & Bigwood, S. J. (1996). The effects of condom presence in sexually explicit narratives on male sexual arousal. *Journal of Sex and Marital Therapy, 22*, 103-109.

Plaud, J. J. (1996). In search of the relevant behavioral variables. *Behavioral and Brain Sciences, 19*, 593-594.

Plaud, J. J., Dubbert, P. M., Holm, J. E, Wittrock, D., Smith, P., Edison, J., McAnulty, R., Caddell, J., Summerville, M., & Jones, A., Jr. (1996). A survey of variables related to erectile dysfunction in men with chronic medical illness. *Journal of Behavior Therapy and Experimental Psychiatry, 27*, 11-19.

Plaud, J. J., & Gaither, G. A. (1996). Behavioral momentum: Implications and development from reinforcement theories. *Behavior Modification, 20*, 183-201.

Plaud, J. J., & Gaither, G. A. (1996). Human behavioral momentum: Implications for behavior analysis and therapy. *Journal of Behavior Therapy and Experimental Psychiatry, 27*, 139-148.

Plaud, J. J. & Martini, J. R. (1996). An empirical analysis of the respondent conditioning of male sexual arousal: Implications for behavior analysis and therapy [Abstract]. *Convention Proceedings for the 30th Annual AABT Convention*, 416.

Plaud, J. J., & Newberry, D. E. (1996). Rule-governed behavior and pedophilia. *Sexual Abuse: A Journal of Research and Treatment, 8*, 143-159.

Alford, G., Plaud, J. J., & McNair, T. L. (1995). Conditioning perspectives on sexual behavior and orientation. In L. Diamant & R. McAnulty (Eds.), *The psychology of sexual orientation, behavior and identity: A handbook* (pp. 121-135). Westport, CT: Greenwood Publishing.

Gaither, G. A., Rosenkranz, R. R., Amato-Henderson, S., Plaud, J. J., & Bigwood, S. (1995). Condom presence or absence in sexually explicit narratives: Effects on male sexual arousal [Abstract]. *Convention Proceedings for the 29th Annual AABT Convention* (p. 331).

Plaud, J. J. (1995). The formation of stimulus equivalences: Fear-relevant versus fear-irrelevant stimulus classes. *The Psychological Record, 45*, 207-222.

Plaud, J. J. (1995). The generalized expectancy bias: An explanatory enigma. *Behavioral and Brain Sciences, 18,* 311-312.

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 18**

Plaud, J. J. (1995).  The behavior of self-control.  *Behavioral and Brain Sciences, 18*, 139-140.

Plaud, J. J.  (1995).  Analysis of complex human behavior.  *The Behavior Analyst, 18*, 167-169.

O'Donohue, W., & Plaud, J. J. (1994).  The conditioning of human sexual arousal.  *Archives of Sexual Behavior, 23,* 321-344.

Plaud, J. J., & Vogeltanz, N. (1994).  Psychology and the naturalistic ethics of social policy.  *American Psychologist*, *49*, 967-968.

Eifert, G. H., & Plaud, J. J. (1993).  From behavior theory to behavior therapy: The contributions of behavioral theories and research to the advancement of behavior therapy.  *Journal of Behavior Therapy and Experimental Psychiatry, 24*, 101-105.

Plaud, J. J. (1993).  Paradigmatic behaviorism, pragmatic philosophy and unified science.  *The Behavior Therapist, 16*, 101-103.

Plaud, J. J., & Vogeltanz, N. D. (1993).  Behavior therapy and the experimental analysis of behavior: Contributions of the science of human behavior and radical behavioral philosophy.  *Journal of Behavior Therapy and Experimental Psychiatry, 24*, 119-127.

Plaud, J. J., Vogeltanz, N., & Ackley, F. R.  (1993).  An analysis of the nature and justification of treatment decisions in inpatient settings.  *Professional Psychology: Research and Practice, 24*, 418-425.

Vogeltanz, N. D., & Plaud, J. J.  (1993).  On the goodness of Skinner's system of naturalistic ethics in solving basic value conflicts [Abstract].  *Proceedings: Association for Behavior Analysis: International: 19th Annual Convention* (p. 444).

Vogeltanz, N. D., Plaud, J. J., & Ackley, F. R. (1993).  The advancement of behavior therapy in inpatient settings.  *The Behavior Therapist, 16*, 123-126.

O'Donohue, W. T., Plaud, J. J., & Hecker, J. E. (1992).  The possible function of positive reinforcement in home-bound agoraphobia: A case study.  *Journal of Behavior Therapy   and Experimental Psychiatry, 23*, 303-312.

Plaud, J. J. (1992).  The prediction and control of behavior revisited: A review of the matching law.  *Journal of Behavior Therapy and Experimental Psychiatry*, 23, 25-31.

Plaud, J. J. (1992).  Should we take the "radical" out of the "behaviorism"?: Some comments about behavior therapy and philosophy.  *The Behavior Therapist, 15,* 121-122, 128.

Vogeltanz, N. D., & Plaud, J. J. (1992).  On the goodness of Skinner's system of naturalistic ethics in solving basic value conflicts.  *The Psychological Record, 42,* 457-468.

O'Donohue, W. T., & Plaud, J. J. (1991).  The long-term habituation of sexual arousal in the human male.  *Journal of Behavior Therapy and Experimental Psychiatry, 22,* 87-96.

Plaud, J. J., & O'Donohue, W. T. (1991).  Mathematical statements in the experimental analysis of behavior.  *The Psychological Record, 41*, 385-400.

Plaud, J. J., & Vogeltanz, N. (1991).  Behavior therapy: Lost ties to animal research?  *The Behavior Therapist, 14*, 89-93, 115.

O'Donohue, W. T., Fisher, J. E., Plaud, J. J., & Curtis, S. D. (1990).  Treatment decisions:  Their nature and their justification.  *Psychotherapy: Theory and Practice, 27*, 421-427.

O'Donohue, W. T., Fisher, J. E., Plaud, J. J., & Link, W. (1989).  What is a good treatment decision?: The client's perspective.  *Professional Psychology: Research and Practice, 20*, 404-407.

O'Donohue, W. T., Plaud, J. J., Mowatt, A., & Fearon, J. (1989).  The current status of curricula of doctoral training programs in clinical psychology. *Professional Psychology: Research and Practice, 20*, 196-197.

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 19**

### Books

Plaud, J. J., & Eifert, G. H. (Eds.) (1998). *From behavior theory to behavior therapy.* Boston: Allyn and Bacon.

### Professional Presentations

Plaud, J. J. (2019, December). *What the data tell us about the recidivism rate of men previously adjudicated as sexually dangerous persons and released from civil commitment.* Presentation at the meeting of the Connecticut Association for the Treatment of Sex Offenders, Middletown, CT.

Plaud, J. J. (2019, October). *The science of sexual offender risk prediction: Promises and pitfalls.* Presentation at the meeting of the New England Conference on Forensic Psychology, Boston, MA.

Plaud, J. J. (2019, September). *Thirty two years in the trenches: Personal and professional recollections of a clinical and forensic psychologist evaluating and treating sexual offenders (and the courtroom battles that followed).* Presentation at the meeting of the Sex Offender Policy Reform Initiative, Cambridge, MA.

Plaud, J. J. (2019, July). *Sexual offense recidivism and Sexually Violent Predator civil commitment laws.* Presentation at the meeting of the Congress of the International Academy of Law and Mental Health, Rome, Italy.

Plaud, J. J. (2019, March). *Sexually Dangerous no longer? Massachusetts sexual recidivism data on sex offenders released from civil commitment.* Presentation at the meeting of the American College of Forensic Psychology, San Diego, CA.

Plaud, J. J. (2019, March). *Forensic skills workshop: The role of the psychologist in civil and criminal litigation.* Symposium conducted at the meeting of the American College of Forensic Psychology, San Diego, CA.

Plaud, J. J. (2018, October). *Sexual offender risk assessment and recidivism: Protocols and pitfalls.* Presentation at the meeting of the Commonwealth of Massachusetts Judicial Conference, Worcester, MA.

Plaud, J. J. (2017, April). *When forensic psychologists are on trial in the court of public opinion.* Presentation at the meeting of the American College of Forensic Psychology, San Diego, CA.

Plaud, J. J. (2016, February). *Behavior analysis, "volitional control," and indefinite sexual offender civil commitment.* Invited address at the meeting of the California Association of Behavior Analysis, Santa Clara, CA.

Plaud, J. J. (2015, November). *Penile plethysmography (PPG), risk assessment, and volitional control of sexual arousal.* Presentation at the meeting of the Third Annual Boston Symposium on Psychology and the Law, Boston, MA.

Plaud, J. J. (2014, December). *Use of penile plethysmography (PPG) in SDP/SVP evaluations.* Presentation at the meeting of the Second Annual Boston Symposium on Psychology and the Law, Boston, MA.

Plaud, J. J. (2014, March). *Perverting perversity: Statistical sadism and sexual offender civil commitment evaluations.* Presentation at the meeting of the American College of Forensic Psychology, San Diego, CA.

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 20**

Plaud, J. J. (2013, July). *Will they do it again? Assessing sexual offender recidivism risk*. Presentation at the meeting of the Congress of the International Academy of Law and Mental Health, Amsterdam, The Netherlands.

Plaud, J. J. (2011, October). *Psychological assessment of sexual offenders: Where we've been and where we're going*. Presentation at the meeting of the New York State Psychological Association's Forensic Division Conference, New York, NY.

Plaud, J. J. (2011, April). *Do recidivism data and prediction strategies support sexual offender civil commitments?* Presentation at the meeting of the American College of Forensic Psychology, San Diego, CA.

Plaud, J. J. (2010, April) *The psychometric properties of penile plethysmography (PPG): Implications for forensic practice*. Presentation at the meeting of the American College of Forensic Psychology, San Francisco, CA.

Plaud, J. J. (2008, October). *Assessments of mental disorders and risk in SVP commitment cases*. Presentation at the meeting of SOCDA, Atlanta, Georgia.

Plaud, J. J. (2005, July). *Psychometric properties of the penile plethysmograph and Abel Assessment for Sexual Interest*. In L. B. Rosell (chair), *Civil commitment of sexual violent predators in the United States.* Symposium conducted at the 9th European Congress of Psychology, Granada, Spain.

Plaud, J. J. (2005, April). *The founding of the Franklin D. Roosevelt American Heritage Center and Museum*. Invited presentation to the Briarwood Community, Worcester, Massachusetts.

Plaud, J. J. (2005, April). *Franklin Delano Roosevelt and the New Deal*. Invited presentation to the History Department, Worcester Academy, Worcester, Massachusetts.

Plaud, J. J. (2004, May). *Assessment, treatment, and commitment of sexual abusers.* Grand Rounds presentation to the Department of Psychiatry, Tewksbury Hospital, Tewksbury, Massachusetts.

Plaud, J. J. (2004, February). *Behavior therapy and intervention for sexual offending.* Invited presentation at the May Institute Continuing Education Program, Norwood, Massachusetts.

Plaud, J. J. (2003, April). *Ivan P. Pavlov and the foundation of behavior therapy*. Invited presentation at the Century of Pavlovian Theory Celebration at the Universidad Complutense de Madrid, Madrid, Spain.

Plaud, J. J. (2002, November). *Behavioral and psychophysiological assessment of sexual abusers: Scientific and forensic formulations*. Presentation at the meeting of the New England Society for Behavior Analysis and Therapy, Waltham, Massachusetts.

Gray, S. R., & Plaud, J. J. (2002, October). *A comparison of the Abel Assessment for Sexual Interest and Penile Plethysmography*. Presentation at the meeting of the Association for the Treatment of Sexual Abusers, Montreal, Quebec, Canada.

Plaud, J. J. (2002, October). *Why isn't Applied Behavior Analysis more widely accepted and used?* Presentation at the meeting of the Berkshire Association for Behavior Analysis, University of Massachusetts, Amherst, Massachusetts.

Plaud, J. J. (2002, May). *The Cambridge Center discussion: Taking small steps towards a better world - What have we learned?* Presentation at the meeting of the Association for Behavior Analysis, Toronto, Ontario, Canada.

Plaud, J. J. (2002, May). *Online preparation in the learning sciences: The New School.* Presentation at the meeting of the Association for Behavior Analysis, Toronto, Ontario, Canada.

Plaud, J. J. (2002, May). *Sexually Dangerous Person statistics.* Presentation at the meeting of the Massachusetts Committee for Public Counsel Services, Worcester, Massachusetts.

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 21**

Plaud, J. J. (2002, April). *Empirically validated assessment of sexual dangerousness.* Presentation at the meeting of the Massachusetts Adolescent Sexual Offender Coalition and the Massachusetts Association for the Treatment of Sexual Abusers, Marlborough, Massachusetts.

Plaud, J. J., & Constantine, B. J. (2001, November). *Promoting international behavior analysis: The Cambridge Center for Behavioral Studies' Behavioral Virtual Community and the World Wide Web*. Presentation at the meeting of the international conference of the Association for Behavior Analysis, Venice, Italy.

Plaud, J. J. (2001, November). Chairperson. *Working with children and families.* Symposium at the meeting of the international conference of the Association for Behavior Analysis, Venice, Italy.

Plaud, J. J. (2001, June). *On putting "behavior" back into behavior therapy*. Presentation at the meeting of the New England Society for Behavior Analysis and Therapy, Waltham, Massachusetts.

Bernicky, G. R., & Plaud, J. J. (2001, May). *ABA International Affiliate chapters supporting and growing together*. Presentation at the meeting of the Association for Behavior Analysis, New Orleans, Louisiana.

Plaud, J. J. (2001, May). *The respondent conditioning and habituation of sexual arousal*. Presentation at the meeting of the Association for Behavior Analysis, New Orleans, Louisiana.

Plaud, J. J., & Plaud, D. M. (2001, May). *Stimulus control in children with developmental disabilities*. Presentation to the Center for the Study of Human Development, Brown University, Providence, Rhode Island.

Plaud, J. J. (2001, January). *How to assess and treat sexual offenders*. Grand Rounds presentation to the Department of Psychiatry, Department of Veterans Affairs Medical Center, Northampton, Massachusetts.

Plaud, J. J. (2000, November). Panelist. In D. Feldman (Moderator), *Radical behaviorism and cognitive neuroscience: A friendly debate of rival theoretical frameworks for the science and practice of clinical psychology.* Panel Discussion conducted at the meeting of the Association for Advancement of Behavior Therapy, New Orleans, Louisiana.

Plaud, J. J., Constantine, B. J., & Haggas, A. M. (2000, October). *Behavior.Org: Advancing behavior analysis around the world.* Presentation at the meeting of the Berkshire Association for Behavior Analysis and Therapy, University of Massachusetts, Amherst, Massachusetts.

Plaud, J. J. (2000, October). *Teaching language to children with developmental disabilities*. Presentation at the meeting of the Berkshire Association for Behavior Analysis and Therapy, University of Massachusetts, Amherst, Massachusetts.

Plaud, J. J., Gillund, B. & Plaud, D. M. (2000, May). *Human aging and choice behavior: A signal detection analysis.* Presentation at the meeting of the Association for Behavior Analysis, Washington, D.C.

Plaud, J. J., & Plaud, D. M. (2000, May). *Stimulus equivalence factors in behavior therapy.* Presentation at the meeting of the Association for Behavior Analysis, Washington, D.C.

Plaud, J. J. (2000, May). The evolution of the behavior analysis discussion group: Behav-An from listserv to the Behavioral Virtual Community. In B. J. Constantine (chair), *Mission accomplishing: The Cambridge Center for Behavioral Studies in cyberspace.* Symposium conducted at the meeting of the Association for Behavior Analysis, Washington, D.C.

Plaud, D. M., & Plaud, J. J. (1999, November). *Generalized language use and stimulus control in children with developmental disabilities*. Presentation at the Autism99 CyberConference on the World Wide Web, Shirley Foundation and National Autistic Society, London, England.

Neil Streich
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 22**

Plaud, D. M., & Plaud, J. J. (1999, November). *Incidental teaching, generalization, and language use in children with developmental disabilities.* Presentation at the meeting of the Association for Advancement of Behavior Therapy, Toronto, Canada.

Plaud, D. M., & Plaud, J. J. (1999, November). *Stimulus control and language deficits in children with developmental disabilities.* Presentation at the meeting of the Association for Advancement of Behavior Therapy, Toronto, Canada.

Plaud, D. M., & Plaud, J. J. (1999, November). *Stimulus overselectivity in children with developmental disabilities.* Presentation at the meeting of the Association for Advancement of Behavior Therapy, Toronto, Canada.

Plaud, J. J., Gaither, G. A., Plaud, D. M., & Martini, J. R. (1999, November). *How valid is our database? Basic behavioral research and its implications for behavior therapy of sexual disorders.* Presentation at the meeting of the Association for Advancement of Behavior Therapy, Toronto, Canada.

Plaud, J. J., Gaither, G. A., Plaud, D. M., & Martini, J. R. (1999, November). *Clinical differences in how males and females rate sexually relevant and sexually ambiguous words.* Presentation at the meeting of the Association for Advancement of Behavior Therapy, Toronto, Canada.

Plaud, J. J. (1999, October). *Behavioral treatment of sexual offenders with developmental disabilities*. Presentation at the meeting of the Berkshire Association for Behavior Analysis and Therapy, University of Massachusetts, Amherst, Massachusetts.

Kolstoe, P. D., Plaud, J. J., & Baxter. R. W. (1999, August). *Deinstitutionalization effects on medication use for persons with mental retardation*. Presentation at the meeting of the American Psychological Association, Boston, Massachusetts.

Plaud, J. J., & Muench Plaud, D. (1999, February). *Assessment and treatment of self-injurious behavior in children with developmental disabilities*. Presentation to the North Dakota Developmental Center, Grand Forks, North Dakota.

Plaud, J. J. (1999, February). *Lifespan developmental psychology: A signal detection analysis of choice responding in an aging sample.* Presentation to the Center for the Study of Human Development, Brown University, Providence, Rhode Island.

Plaud, J. J. (1998, June). *Psychological and psychophysiological testing and techniques in the comprehensive sex offender evaluation.* Presentation at the International Learning Disability Forensic Conference, Royal Hospital, Calow, Chesterfield, England.

Plaud, J. J. (1998, June). *Behavioral programs for the mentally impaired sex offender.* Presentation at the International Learning Disability Forensic Conference, Royal Hospital, Calow, Chesterfield, England.

Smith, T.,Poolman, M., Brinkert, R., Plaud, J. J., & von Duvillard, S. P. (1998, June). *Measurement and relationship of selected physiological tests in collegiate ice hockey players.* Presentation at the meeting of the American College of Sports Medicine, Orlando, FL.

von Duvillard, S. P., Pokan, R., Hofmann, P., Plaud, J. J., Smith, T.,& Brinkert, R. (1998, June). *The effects of equal load and different pedal rates on respiratory gas exchange measures and lactate concentration in healthy young males.* Presentation at the meeting of the American College of Sports Medicine, Orlando, FL.

Chelminski, I., Petros, T. V., Ferraro, F. R., & Plaud, J. J. (1998, May). *A reduced Horne and Ostberg questionnaire*. Presentation at the meeting of the Midwestern Psychological Association, Chicago, IL.

Plaud, J. J. (1998, May).  Panel Discussant.  In S. Letso (Chair), *Being there: Current issues in distance education*.  Symposium conducted at the meeting of the Association for Behavior Analysis, Orlando, FL.

Plaud, J. J., Orvedal, L., & Kopp, J. T.  (1997, November).  *An overview of risk assessment* and *Movement in and out of structured treatment settings*.  Symposia conducted at the Sexuality, relationships, and acts of perpetration among people who have developmental disabilities conference, Fargo, ND.

Gaither, G. A., Franklin, M. D., Hegstad, H. J., & Plaud, J. J.  (1997, August).  *The Sexual Sensation Seeking Scale: Relationships to other sexuality measures*.  Paper presented at the meeting of the American Psychological Association, Chicago, IL.

Chelminski, I., Ferraro, F. R., Petros, T., & Plaud, J. J.  (1997, May).  *An analysis of the "morningness-eveningness" dimension in "depressive" college students*.  Paper presented at the meeting of the Midwestern Psychological Association, Chicago, IL.

Kolstoe, P. D., & Plaud, J. J.  (1997, May).  *Deinstitutionalization: Where are they now in North Dakota?*  Paper presented at the meeting of the American Association on Mental Retardation, New York, NY.

Kolstoe, P. D., & Plaud, J. J.  (1997, May).  The Internet and developmental disabilities.  In R. Realon (Chair), *An introduction to computers and having fun*.  Symposium conducted at the meeting of the American Association on Mental Retardation, New York, NY.

Plaud, J. J. (1997, May).  Discussant.  In S. K. Collins & J. P. Forsyth (Chairs), *Moving clinical behavior analysis from the laboratory to the real world and back*.  Symposium conducted at the meeting of the Association for Behavior Analysis, Chicago, IL.

Plaud, J. J., Orvedal, L. L., Kolstoe, P. D., Gaither, G. A., & Davis, P. A.  (1997, April).  *Development of a Specialized Treatment of Offenders Program (STOP)*.  Paper presented at the meeting of the Nebraska Developmental Disabilities System Sharing Our Best Conference, Beatrice, NE.

Plaud, J. J. (1997, April).  *Subject bias in psychophysiological research*.  Invited colloquium presentation to the Department of Counseling, University of North Dakota, Grand Forks, ND.

Plaud, J. J. (1997, March).  *Sexually-explicit words and the formation of stimulus equivalence classes*.  Invited colloquium to the Department of Psychology, University of North Dakota, Grand Forks, ND.

Plaud, J. J.  (1997, January).  *The conditioning of human sexual arousal and its relation to sexual dysfunctions and sexual disorders*.  Grand Rounds presentation to the University of North Dakota School of Medicine, Department of Neuroscience, Fargo, ND.

Gaither, G. A., & Plaud, J. J.  (1996, October).  *Attitudes toward the treatment of sexual offenders: A survey of defense attorneys and mental health professionals*.  Paper presented at the meeting of the North Dakota Psychological Association, Grand Forks, ND.

Plaud, J. J., & Orvedal, L.  (1996, October).  *The Specialized Treatment of Offenders Program (STOP) at the North Dakota Developmental Center*.  Paper presented at the meeting of the American Association on Mental Retardation, Region VIII, Fargo, ND.

Plaud, J. J.  (1996, September).  *How to make sense of "cognitive processing": A behavioral view*.  Invited colloquium presentation to the Department of Psychology, North Dakota State University, Fargo, ND.

Plaud, J. J., & Ferraro, F. R.  (1996, September).  *Health and depression in American Indians: Implications for rural mental health practices*.  Paper presented at the meeting of the National

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 24**

Institute of Mental Health First National Conference on Rural Mental Health Research, Grand Forks, ND.

Franklin, M. D., Gaither, G. A., & Plaud, J. J. (1996, July). *The effects of repeated exposure of sexual stimuli on male sexual arousal.* Paper presented at the meeting of the North Dakota EPSCoR Conference, Grand Forks, ND.

Plaud, J. J., Amato-Henderson, S., Devitt, M. K., & Gaither. G. A. (1996, May). *The long-term habituation and spontaneous recovery of sexual arousal in human males: A cross-over design.* Paper presented at the meeting of the Association for Behavior Analysis, San Francisco, CA.

Plaud, J. J. (1996, May). Behind the scenes: Editorship of the *Journal of Behavior Analysis and Therapy.* In J. J. Plaud (Chair), *The Journal of Behavior Analysis and Therapy (jBAT): Discussion of the first Internet/World Wide Web peer-reviewed journal of basic and applied behavior analysis.* Panel Discussion conducted at the meeting of the Association for Behavior Analysis, San Francisco, CA.

Plaud, J. J. (1996, May). Disseminating behavior analysis in cyberspace. In S. R. Flora (Chair), *Tactics for creating accurate representations of behavior analysis.* Symposium conducted at the meeting of the Association for Behavior Analysis, San Francisco, CA.

Bigwood, S. J., & Plaud, J. J. (1996, April). *Male sexual arousal and fantasy behavior towards sexually coercive audio stimuli.* Paper presented at the North Dakota Psychological Association, Science Day, Fargo, ND.

Gaither, G. A., Rosenkranz, R. R., Plaud, J. J., & Bigwood, S. J. (1996, April). *Male sexual arousal in the presence of stimuli depicting condom use.* Paper presented at the North Dakota Psychological Association, Science Day, Fargo, ND.

Gaither, G. A., Weller, L. A., & Plaud, J. J. (1996, April). *Gender differences in personality and the sexual rating of words.* Paper presented at the North Dakota Psychological Association, Science Day, Fargo, ND.

Gaither, G. A., Weller, L. A., & Plaud, J. J. (1996, April). *The measurement of female sexual arousal with the vaginal photoplethysmograph.* Presentation to the North Dakota Psychological Association, Science Day, Fargo, ND.

Plaud, J. J., & Gaither, G. A. (1996, April). *Human behavioral momentum: Implications for behavior analysis and therapy.* Paper presented at the North Dakota Psychological Association, Science Day, Fargo, ND.

Rosenkranz, R. R., Gaither, G. A., Plaud, J. J., Franklin, M. D., & Bigwood, S. J. (1996, April). *Eroticizing condoms in an attempt to increase positive behaviors toward condoms in males.* Paper presented at the North Dakota Psychological Association, Science Day, Fargo, ND.

Plaud, J. J., & Gaither, G. A. (1996, April). *The habituation and dishabituation of male sexual arousal.* Paper presented at the meeting of the Midwest Association for Behavior Analysis and Therapy, Mankato, MN.

Rosenkranz, R. R., Plaud, J. J., Franklin, M., Bigwood, S. J., Gaither, G. A., & Levinson, P. (1996, April). *The effect of viewing safer-sex videos on sexual arousal and attitudes toward condoms.* Paper presented at the meeting of the Midwest Association for Behavior Analysis and Therapy, Mankato, MN.

Gaither, G. A., Weller, L. A., & Plaud, J. J. (1996, April). *Differences in sexual rating of words by gender and other factors.* Paper presented at the meeting of the Red River Valley Psychology Conference, Fargo, ND.

Barth, J. E., Gaither, G. A., Franklin, M. D., Weller, L. A., & Plaud, J. J. (1995, November). *Gender differences in religiosity, sexual guilt, and sexuality*. Paper presented at the meeting of the Ronald E. McNair Postbaccalaureate Achievement Program, Delivan, WI.

Bigwood, S. J., & Plaud, J. J. (1995, November). *The effects of sexually coercive audio stimuli on male sexual arousal: Preliminary data*. Paper presented at the meeting of the North Dakota Psychological Association, Fargo, ND.

Gaither, G. A., Weller, L. A., Plaud, J. J., Franklin, M. D., Bigwood, S. J., & Barth, J. (1995, November). *Volunteer bias in a psychophysiological study of human sexual arousal*. Paper presented at the meeting of the North Dakota Psychological Association, Fargo, ND.

Plaud, J. J. (1995, June). *Understanding challenging behaviors: The role of positive reinforcement*. Invited presentation to the meeting of the Advocacy Resource Center, Grand Forks, ND.

Plaud, J. J. (1995, May). Departmental subject pool policies: A hindrance to analogue research? In E. Landrum (Chair), *Undergraduates as experimental subjects: Trends, issues, and concerns.* Symposium conducted at the meeting of the Midwestern Psychological Association, Chicago, IL.

Plaud, J. J. (1995, April). *The reliability and validity of the penile plethysmograph*. Invited presentation to the meeting of the Midwest Association for Behavior Analysis and Therapy, Mankato, MN.

Plaud, J. J. (1994, October). *Resistance to change parameters in the analysis of human behavioral momentum: Preliminary data*. Paper presented at the meeting of the North Dakota Psychological Association, Grand Forks, ND.

Plaud, J. J. (1994, October). *Environmental and psychological factors affecting utilization of health care services by families and individuals*. Invited guest lecture to the Medicine and Human Behavior class, University of North Dakota School of Medicine, Grand Forks, ND.

Plaud, J. J. (1994, October). *The role of human sexuality and orientation in peace studies*. Invited panel discussion to the Fall Peace Congress of the North Dakota Peace Coalition, Grand Forks, ND.

Plaud, J. J. (1994, September). *Basic and multivariate analyses of human sexual arousal and dysfunction*. Invited colloquium presentation to the Center for Psychological Studies, Nova Southeastern University, Fort Lauderdale, FL.

Plaud, J. J. (1994, May). *Forensic assessments using penile plethysmography*. Presentation to multi disciplinary state and federal human services and legal agencies operating in North Dakota, Bismarck, ND.

Plaud, J. J. (1994, April). *Psychometric properties of the penile plethysmograph: Assessment and treatment*. Presentation to the North Dakota Psychological Association, Science Day, Fargo, ND.

Plaud, J. J. (1994, February). *An evaluation of the penile plethysmograph*. Presentation to the North Dakota Multidisciplinary Committee on Child Sexual Abuse, University of North Dakota, Grand Forks, ND.

Mosley, T. H., Plaud, J. J., McCracken, L. M., Grothues, C. A., & Penzien, D. B. (1993, November). *Coping and headache: A comparison of headache-coping and stress-coping strategies*. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Atlanta, GA.

Plaud, J. J., Dubbert, P. M., & Holm. J. E. (1993, November). *A multivariate analysis of male sexual dysfunction*. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Atlanta, GA.

**Neil Streich**
**Psychosexual Evaluation Report**
**September 30, 2021**
**Page 26**

Mosley, T. H., McCracken, L. M., Gross, R. T., Penzien, D. B., & Plaud, J. J.  (1993, October). *The relationship of age and pain.*  Paper presented at the meeting of the American Pain Society, Orlando, FL.

Plaud, J. J. (1993, September).  *The habituation of sexual arousal.*  Invited colloquium presentation to the Department of Psychology, North Dakota State University, Fargo, ND.

Plaud, J. J. (1993, May).  Introductory remarks on behavior analysis and behavioral medicine.  In J. J. Plaud (Chair), *Interventions in behavioral medicine.*  Symposium conducted at the meeting of the Association for Behavior Analysis, Chicago, IL.

Plaud, J. J.  (1993, May).  Discussant.  In G. H. Eifert (Chair), *A paradigmatic behavioral bridge from infrahuman to human behavior: Theory, clinical applications, and philosophical underpinnings.*  Symposium conducted at the meeting of the Association for Behavior Analysis, Chicago, IL.

McCracken, L. M., Gross, R. T., Mosley, T. H., & Plaud, J. J. (1993, March).  *Relations between age and pain: Implications for the evaluation of chronic pain in the elderly.*  Paper presented at the meeting of the Society of Behavioral Medicine, San Francisco, CA.

Plaud, J. J.  (1992, November).  *Can behavior therapists predict and control behavior?*  Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Boston, MA.

Plaud, J. J.  (1992, November).  *How behavior therapists and cognitive-behavior therapists can shape, maintain and generalize clients' behavior: A meta-analysis and derivation of behavioral momentum and its implications for clinical behavior therapy.*  Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Boston, MA.

Plaud, J. J., & Vogeltanz, N.  (1992, November).  Behavior therapy and the experimental analysis of behavior: Contributions of the science of human behavior and radical behavioral philosophy.  In G. H. Eifert & J. J. Plaud (Chairs), *The contributions of the behaviorisms to the development and advancement of behavior therapy.*  Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, Boston, MA.

Plaud, J. J.  (1992, November). *The formation of stimulus equivalence classes and clinically relevant behavior.*  Research Rounds presentation to the Department of Psychiatry and Human Behavior,  University of Mississippi School of Medicine, Jackson, MS.

Plaud, J. J.  (1992, October).  *Sexual dysfunction.*  Seminar presentation to the Residents in Clinical Psychology, University of Mississippi School of Medicine and Department of Veterans Affairs Medical Center, Jackson, MS.

Plaud, J. J.  (1992, October).  *The long-term habituation of sexual arousal.*  Grand Rounds presentation to the Department of Psychiatry and Human Behavior,  University of Mississippi School of Medicine, Jackson, MS.

Plaud, J. J.  (1992, August).  *Sexual response and dysfunction: Assessment and treatment.*  Invited guest lecture to the Department of Psychiatry and Human Behavior, University of Mississippi School of Medicine, Jackson, MS.

Plaud, J. J.  (1992, May).  *The formation of stimulus equivalences using a modified matching-to-sample procedure: Fear relevant vs. neutral stimulus categories.*  Paper presented at the meeting of the Association for Behavior Analysis, San Francisco, CA.

Plaud, J. J., & Vogeltanz, N. D.  (1991, November).  *The nature and justification of treatment decisions in inpatient settings*.  Paper presented at the meeting of the Association for Advancement of Behavior Therapy, New York, NY.

Plaud, J. J.  (1991, November).  *The assessment and treatment of sexual abuse of children and adolescents: Research and application.*  Half-day workshop presented to the Children's Residential and Diagnostic Services of Community Health and Counseling Services, Bangor, ME.

Plaud, J. J.  (1991, October).  *The aftereffects of sexual abuse on child and adolescent development*.  Half-day workshop presented to the Children's Residential and Diagnostic Services of Community Health and Counseling Services, Bangor,  ME.

Plaud, J. J., & Kulberg, G.  (1991, May).  *The formation of verbal stimulus equivalences in analog simple phobics: Fear relevant versus neutral stimuli classes*.  Paper presented at the meeting of the Association for Behavior Analysis, Atlanta, GA.

Plaud, J. J., & Vogeltanz, N.  (1991, May).  *Behavior therapy: Lost ties to animal research?*  Address to the meeting of the Association for Behavior Analysis, Atlanta, GA.

Fisher, J. E., Carstensen, L. L., & Plaud, J. J.  (1990, November).  *Normative social behavior among nursing home residents*.  Paper presented at the meeting of the Gerontological Society of America, San Francisco, CA.

Plaud, J. J., & O'Donohue, W.  (1990, November).  The role of positive reinforcement in the maintenance of agoraphobia: Clinical application of modern reinforcement theories.  In W. O'Donohue (Chair), *Clinical applications of contemporary reinforcement analyses.* Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, San Francisco, CA.

Plaud J. J., & O'Donohue, W.  (1990, August).  *The long term habituation of male sexual arousal*. Paper presented at the meeting of the American Psychological Association, Boston, MA.

Plaud, J. J., O'Donohue, W. T., & Hecker, J. E.  (1990, May).  *The assessment and treatment of a homebound agoraphobic: The role of positive reinforcement*.  Address to the meeting of the Association for Behavior Analysis, Nashville, TN.

Plaud, J. J.  (1990, January).  *The joy of quantitative description in the experimental analysis of behavior: Point predictions and humans at the choice point*.  Paper presented at a meeting of the Behaviorism, Experimental Analysis of Behavior, and Behavior Therapy Special Interest Group of the Department of Psychology, University of  Maine, Orono, ME.

Fisher, J. E., & Plaud, J. J.  (1989, November).  *The influence of social competence, control, and anxiety on the social behavior of nursing home residents*.  Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Washington, D.C.

Plaud, J. J. & O'Donohue, W. T.  (1989, May).  *Sex and the single subject design: Behavioral approaches to the study of human sexuality*.  Address to the meeting of the Association for Behavior Analysis, Milwaukee, WI.

Plaud, J. J., O'Donohue, W. T., Fisher, J. E., & Curtis, S. D.  (1989, April).  *Treatment decisions: Their nature and their justification*.  Paper presented at the Scientific Sessions of the Spring Meetings of the Maine Psychological Association, Orono, ME.

Plaud, J. J.  (1989, January).  *Stress: Models and management*.  Full-day workshop presented to the employees of Champion International Corporation, Bucksport, ME.